**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 05-7082**

———————————

TERRANCE LAMOUNT JAMES,

                                   Plaintiff - Appellant,

      versus

RANDY WILLIAMS, Sergeant, in segregation
employed at Marion; C. STURGILL, Assistant
Unit Manager of segregation employed at
Marion; LAWRENCE WILLIS; THEODORE BOSWORTH;
WILLIAM STEVENS; KEITH TURNER; MICHAEL MARTIN;
ROBERT FRADY,

                                   Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville. Graham C. Mullen, Chief
District Judge. (CA-04-69)

———————————

Submitted: September 27, 2005       Decided: October 4, 2005

———————————

Before LUTTIG, MOTZ, and DUNCAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Terrance Lamount James, Appellant Pro Se. Yvonne Bulluck Ricci,
NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for
Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Terrance Lamount James appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See James v. Williams, No. CA-04-69 (W.D.N.C. June 21, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED